UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

ADRIANA CHAVEZ,
    Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
    Defendant

CASE NUMBER:   1:16-CV-01251-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and the complaint having been filed in this action;

IT IS ORDERED that the application is:

☒ GRANTED.

   ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this   30th   day of   August   , 2016 .

/s/ *Barbara A. McAuliffe*
Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer