Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ADRIANA CHAVEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA CHAVEZ | Case No.: 1:16-cv-01251-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Adriana Chavez and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from April 12, 2017 to May 10, 2017 for Plaintiff to file Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel who has recently been re-assigned several District Court motions on short notice in order to assist another attorney at this firm whose

-1-

spouse recently passed away. Counsel apologizes to the Court and its staff for any inconvenience this may have had.

DATE: April 12, 2017          Respectfully submitted,

          LAW OFFICES OF LAWRENCE D. ROHLFING

          /s/ *Cyrus Safa*

BY: _____

  Cyrus Safa
  Attorney for plaintiff Ms. Adriana Chavez

 DATE: April 12, 2017

 PHILLIP A. TALBERT
 *United States Attorney*

 /s/ *C. Hay-Mie Cho*

BY: _____
  C. Hay-Mie Cho
  Special Assistant United States Attorney
  Attorneys for defendant Nancy A. Berryhill
  |*authorized by e-mail|

## **ORDER**

    Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including May 10, 2017, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

  Dated: __**April 13, 2017**__          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE